UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
JASPER DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 6:18-cr-00346-LSC-JEO |
| ) | |
| JOHN NATHANIEL FLANAGAN, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF OPINION AND ORDER

The defendant has filed a motion to suppress. (Doc. 13.) The magistrate judge filed a report and recommendation, recommending that the motion be denied. (Doc. 39.) The defendant has objected. (Doc. 40.)

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the report is due to be and hereby is ADOPTED, the recommendation is ACCEPTED. Consequently, the motion to suppress (doc. 13) is hereby DENIED.

1

**DONE** AND **ORDERED** ON JUNE 13, 2019.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

160704